**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-19-00169-CV**

**STARRY SKIES RANCH, L.P.; JO ARC RESOURCES, INC.; AND SALLY BLACKIE-SENGEL, Appellants**

**V.**

**CHARLYN ROSENBAUM SCHOENVOGEL, EXECUTRIX FOR THE ESTATE OF CLARENCE WALTER SCHOENVOGEL, DECEASED; CHAPPELL HILL CONSTRUCTION CO.; RAY ANDRECJZAK; AND WAYNE RIFE, Appellees**

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. 2017-094**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 30, 2020. On April 27, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.